U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 4 2013

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHERYL CORPANY, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:12-CV-878-A |
| | § |
| MICHAEL J. ASTRUE, | § |
| Commissioner, Social Security | § |
| Administration, | § |
| | § |
| Defendant. | § |

O R D E R

Came on for consideration the motion for leave to proceed in forma pauperis in a new civil case, filed in the above-captioned action by plaintiff, Cheryl Corpany. On December 10, 2012, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by January 2, 2013. Copies of the proposed findings, conclusions, and recommendation were sent to plaintiff and defendant. No objections have been filed by either party. After a review of the file, the court adopts the magistrate judge's proposed findings and conclusions and accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by January 15, 2013, pay to the clerk of Court the full filing fee of $350.00 if plaintiff wishes to proceed in the above-captioned action. If plaintiff fails to pay such fee, her complaint will be subject to dismissal without further notice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED January 4, 2013.

_____
JOHN McBRYDE
United States District Judge